# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| QUINTEL TECHNOLOGY LTD. | § | |
| | § | |
| V. | § | CASE NO. 4:15cv307 |
| | § | (Judge Mazzant/Judge Craven) |
| HUAWEI TECHNOLOGIES USA, INC., ET AL. | § § | |

## ORDER SETTING TRIAL

The Court held a Final Pretrial Conference in this case on January 4, 2018, at which time the Court set the Jury Selection and Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Jury Selection/Trial** (12-day trial) | **10:00 a.m.** on Monday, March 19, 2018, at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas 75090<br><br>(March 30 and April 2, 2018, will be dark days for this trial) |

**IT IS SO ORDERED.**

**SIGNED** this 4th day of January, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE