IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| QUINTEL TECHNOLOGY LTD., | § § § § § § § § § § § § | |
| PLAINTIFF, | | |
| v. | | NO. 4:15-CV-00307-ALM-CMC |
| HUAWEI TECHNOLOGIES USA, INC., FUTUREWEI TECHNOLOGIES, INC., HUAWEI TECHNOLOGIES CO., LTD., AND ZHENGXIANG MA, | | |
| DEFENDANTS. | | |

**ORDER ON AMENDED JOINT MOTION TO DISMISS
PURSUANT TO RULE 41(a)(2)**

Before the Court is Plaintiff Quintel Technology Ltd. ("Quintel") and Defendants Huawei Technologies USA, Inc., FutureWei Technologies Inc., Huawei Technologies Co., Ltd., and Zhengxiang Ma (collectively, "Defendants" - Dkt. #310) Amended Joint Motion to Dismiss Pursuant to Rule 41(a)(2)("Motion"). In light of the Parties' Motion, it is therefore **ORDERED** that the Amended Joint Motion to Dismiss Pursuant to Rule 41(a)(2) is hereby **GRANTED.**

It is further **ORDERED** that all claims in this action are hereby **DISMISSED WITH PREJUDICED**.

It is further **ORDERED** that all attorneys' fees, expenses, and costs shall be borne by the party that incurred them.

It is further **ORDERED** that the Court will retain jurisdiction over the Parties for the purposes of enforcing the Parties' final settlement agreement.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 15th day of May, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE